

# Fourth Court of Appeals
## San Antonio, Texas

November 29, 2022

No. 04-21-00430-CV

**TEXAS DEPARTMENT OF TRANSPORTATION** and James M. Bass,
Appellants

v.

**ROBERT DIXON TIPS PROPERTIES, LLC**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI10003
Honorable Tina Torres, Judge Presiding

## C O R R E C T E D   O R D E R

Appellee's response to appellant's motion for rehearing is due on December 1, 2022. On November 28, 2022, appellee filed unopposed motions requesting a fifteen-day extension of time to file a response to the motion for rehearing and a response to the motion for hearing en banc. After consideration, we GRANT the motions and ORDER appellee to file its responses by December 16, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court